IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:04CR462 |
| vs. | ORDER |
| SHERMAN R. WADE, | |
| Defendant. | |

This matter is before the court on the motion of Federal Public Defender Michael J. Hansen and the Office of the Federal Public Defender to withdraw as counsel for the defendant, Sherman R. Wade (Filing No. 104). Michael J. Hansen represents that the Office of the Federal Public Defender has a conflict of interest in this matter. Michael J. Hansen's and the Office of the Federal Public Defender's motion to withdraw (Filing No. 104) is granted.

Jason E. Troia, 1403 Farnam Street, Suite 232, Omaha, NE 68102, (402) 884-7044, is appointed to represent Sherman R. Wade for the balance of these proceedings pursuant to the Criminal Justice Act. Michael J. Hansen shall forthwith provide Jason E. Troia with the discovery materials provided the defendant by the government and such other materials obtained by Michael J. Hansen which are material to Sherman R. Wade's defense.

The clerk shall provide a copy of this order to Jason E. Troia, and he shall file his appearance forthwith.

IT IS SO ORDERED.

Dated this 12th day of November, 2024.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge